# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

Fee Paid

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES JR. and
TOLLFREEZONE.COM, INC.,

    Defendants.

Case No. 16-cv-761-jdp

8:21-MC-00027-UA

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Craig Cunningham against defendants Michael Montes Jr. and TollFreeZone.com in the amount of $31,500.

Approved as to form this 6TH day of February, 2020.

_____
James D. Peterson
District Judge

_____    2/6/20
Peter Oppeneer    Date
Clerk of Court

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY

A TRUE COPY, Certified
10/12/2021
Peter Oppeneer, Clerk
U.S. District Court
Western District of Wisconsin
BY _____
Deputy Clerk

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Craig Cunningham ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:16-cv-761-jdp |
| Michael Montes, Jr. and TollFreeZone.com ) | 8:21-MC-00027-UA |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/07/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10/12/2021

CLERK OF COURT

s/ A. Wiseman, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

