James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com

Assignee of Record, In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL MONTES JR., &<br>TOLLFREEZONE.COM, INC.<br><br>Defendants | Case No. 8:21-mc-00027<br><br>**ACKNOWLEDGEMENT OF<br>ASSIGNMENT OF JUDGMENT**<br><br>[CCP § 673] |

COMES NOW CRAIG CUNNINGHAM, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT Judgment was entered in the United States District Court for the Western District of Wisconsin on February 7, 2020.

2) THAT the Judgment was registered in this Court pursuant to 28 U.S.C. § 1963 on October 21, 2021.

3) THAT Plaintiff was awarded the amount of $31,500.00 against Defendants MICHAEL MONTES JR. and TOLLFREEZONE.COM, INC.

4) THAT there have been no renewals since the entry of said judgment and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

5) CRAIG CUNNINGHAM, whose address is 3000 Custer Road, Ste 270-206, Plano, TX 75075, is the judgment creditor of record.

6) THAT the last known address for MICHAEL MONTES JR., judgment debtor, is 135 Riverview Road, Fort Myers, FL 33905.

1

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
CRAIG CUNNINGHAM v. MICHAEL MONTES JR., et. al

7) THAT the last known address for TOLLFREEZONE.COM, INC., judgment debtor, is 26961 Via La Mirada, San Juan Capistrano, CA 92675.

8) That I, CRAIG CUNNINGHAM, judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

> JAMES E. SHELTON
> 316 Covered Bridge Road
> King of Prussia, PA 19406

9) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

10) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this 24th day of October, 2021

BY: _____
Craig Cunningham
Original Judgment Creditor

Sworn and Subscribed before me this 24th day of October, 2021

(Notary Seal)
MELIENE ROUSSEL
Notary Public, State of Texas
Comm. Expires 10-20-2024
132736119

_____
Notary Signature

---

2
ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
CRAIG CUNNINGHAM v. MICHAEL MONTES JR., et. al

Craig Cunningham
3000 Custer Road Ste 270-206
Plano, TX 75075



NORTH TEXAS TX P&DC
DALLAS TX
25 OCT 2021 PM 5 L



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 28
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States District Court for the Central
District of California, Southern Division
Ronald Reagan Federal Building and
United States Courthouse
Clerk's Office
411 West 4th Street, Room 1053
Santa Ana, CA 92701-4516