|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| Craig Cunningham<br><br>v.<br><br>Michael Montes et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S) | CASE NUMBER<br><br>8:21-mc-00027-UA<br><br>NOTICE OF DEFICIENCY RE:<br>WRIT OF EXECUTION AND<br>ABSTRACT OF JUDGMENT |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☒ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:
The amount listed is in favor of Plaintiff Craig Cunningham against Defendants Michael Montes Jr. and Tollfreezone.com, Inc. in the amount of $31,500.00

Clerk, U. S. District Court

November 15, 2021                    By  D. Tamayo
Date                                                 Deputy Clerk

CV-52C (09/15)     NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT

*WHEN RECORDED MAIL TO:*

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
Email: Jamie@finalverdictsolutions.com
Assignee of Record, In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Craig Cunningham

PLAINTIFF(S),

v.

Michael Montes Jr., et. al

DEFENDANT(S).

CASE NUMBER:
8:21-mc-00027

CV _____

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 10/22/2021
in favor of Craig Cunningham
whose address is 3000 Custer Road, Ste 270-06, Plano, TX 75075
and against Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes, aka Michael J. Montes, Jr. and Amy Montes, Trustees of the Montes Family Revocable 2001 Trust, Dated May 17, 2001
whose last known address is 135 Riverview Road, Fort Myers, FL 33905
for $ 31,500.00     Principal, $ 0.00     Interest, $ 3,771.57     Costs,
and $ 0.00     Attorney Fees.

ATTESTED this _____ day of _____, 20___.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 3022 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

Michael Montes Jr.
26961 Via La Mirada
San Juan Capistrano, CA 92675

CLERK, U.S. DISTRICT COURT

By _____
    Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                              ABSTRACT OF JUDGMENT/ORDER