**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Craig Cunningham | CASE NUMBER |
| | 8:21-mc-00027-UA |
| PLAINTIFF(S) | |
| v. | |
| Michael Montes et al | NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☒ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:
   The amount listed is in favor of Plaintiff Craig Cunningham against Defendants Michael Montes Jr. and Tollfreezone.com, Inc. in the amount of $31,500.00

Clerk, U. S. District Court

November 15, 2021

Date

By  D. Tamayo

Deputy Clerk

CV-52C (09/15)           NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT

James E. Shelton, Assignee of Record, In Pro Per
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Fax: 484-854-2583
Email: Jamie@finalverdictsolutions.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig Cunningham | CASE NUMBER |
| **PLAINTIFF(S)** | 8:21-mc-00027 |
| v. | |
| Michael Montes Jr., et. al | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| **DEFENDANT(S).** | |

☐ State of California, County of _____

☒ State of PENNSYLVANIA _____, County of MONTGOMERY _____

I, James E. Shelton _____ hereby state under penalty of perjury that,

1. Judgment for $ 31,500.00 ____ was entered on 10/22/2021 ____ on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Craig Cunningham _____ as Judgment Creditor, and against Michael Montes Jr. & Tollfreezone.com, Inc. _____ as Judgment Debtors.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:16-cv-00761-jdp ____ in the United States District Court for the Western ____ District of Wisconsin _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Western ____ District of Wisconsin _____ are the following sums:
   $ 811.49 _____ accrued interest, computed at 1.50 ____% *(See note.)*
   $ 3,820.57 _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at King of Prussia _____, State of Pennsylvania _____, this 8th ____ date of November _____, 2021 ____.


_James E. Shelton_____
Signature

**\*Note:  Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)          **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

James E. Shelton, Assignee of Record, In Pro Per
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Fax: 484-854-2583
Email: Jamie@finalverdictsolutions.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Craig Cunningham | | **CASE NUMBER:** 8:21-mc-00027 |
| | Plaintiff(s) | |
| v. | | |
| Michael Montes Jr. | | **WRIT OF EXECUTION** |
| | Defendant(s) | |

**TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 10/22/2021 _____ a judgment was entered in the above-entitled action in favor of:

Craig Cunningham

as Judgment Creditor and against:

Tollfreezone.com, Inc., and Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes, aka Michael J. Montes, Jr. and Amy Montes, Trustees of the Montes Family Revocable 2001 Trust, Dated May 17, 2001

as Judgment Debtor, for:

| | | |
|---|---|---|
| $ | 31,500.00 | Principal, |
| $ | 0.00 | Attorney Fees, |
| $ | 811.49 | Interest **, and |
| $ | 3,771.57 | Costs, making a total amount of |
| $ | 36,083.06 | **JUDGMENT AS ENTERED** |

**\*\*NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                                          PAGE 1 OF 3

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central _____ **District of** California _____,
to wit:

$ _____ 0.00 accrued interest, and

$ _____ 49.00 accrued costs, making a total of

$ _____ 49.00 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ 36,132.06 **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ 31,500.00 Is due on the judgment as entered and bears interest at 1.50 _____
percent per annum, in the amount of $ 1.31 _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _____          By: _____
                                                            Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy.  This information must be filled in by counsel requesting this writ.

Michael Montes Jr., aka Michael Montes, aka
Michael J. Montes, aka Michael J. Montes, Jr., aka
Michael James Montes, a/k/a Michael J. Montes, Jr.
and Amy Montes, Trustees of the Montes Family
Revocable 2001 Trust, Dated May 17, 2001

135 Riverview Road,
Fort Myers, FL 33905

Michael Montes Jr., aka Michael Montes, aka Michael
J. Montes, aka Michael J. Montes, Jr., aka Michael
James Montes, a/k/a Michael J. Montes, Jr. and Amy
Montes, Trustees of the Montes Family Revocable
2001 Trust, Dated May 17, 2001

26961 Via La Mirada
San Juan Capistrano, CA 92675

Tollfreezone.com, Inc.

26961 Via La Mirada
San Juan Capistrano, CA 92675

Tollfreezone.com, Inc.

135 Riverview Road
Fort Myers, FL 33905

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution.  You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**